Claims denied. *Mr. Allen H. Gardner* for petitioners. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key, Robert N. Anderson* and *Mrs. Elizabeth B. Davis* for the United States.

No. 864. DOLLERT ET AL. *v.* PRATT-HEWIT OIL CORP. ET AL. March 5, 1945. Petition for writ of certiorari to the Court of Civil Appeals, 4th Judicial District, of Texas, denied. *Messrs. Daniel W. Hoan* and *Luther M. Bickett* for petitioners. *Mr. William Hamlet Blades* for respondents.

No. 880. WOODSON *v.* MICHIGAN. March 5, 1945. Petition for writ of certiorari to the Supreme Court of Michigan denied. *Mr. George Stone* for petitioner. *John R. Dethmers,* Attorney General, *Edmund E. Shepherd,* Solicitor General, and *Daniel J. O'Hara,* Assistant Attorney General, for respondent.

No. 886. DRISCOLL ET AL., TRUSTEES, *v.* HOWARD-VAUGHAN CO., INC. ET AL. March 5, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. W. Cameron Burton* for petitioners. *Mr. William Dean Embree* for John D. Rockefeller, Jr. and *Mr. Herbert C. Smyth, Jr.* for Socony-Vacuum Oil Co., respondents.

No. 678. MAHONEY ET AL. *v.* JOHNSTON, WARDEN. March 5, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.